# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DWIGHT GEORGE MUNDLE,

    Petitioner,

        v.

CRAIG LOWE, *et al.*,

    Respondents.

NO. 1:17-CV-1460

(JUDGE CAPUTO)

## **ORDER**

**NOW**, this 23rd day of October, 2019, **IT IS HEREBY ORDERED** that:

(1)    The Motion to Seal (Doc. 19) is **GRANTED**.

(2)    Petitioner's Rule 60(b) Motion for Relief from Judgment (Doc. 16) is **DENIED**.

(3)    Petitioner's Supplemental Motion to Enforce Court's Prior Order (Doc. 23) is **DENIED**.

                                      /s/ A. Richard Caputo
                                      A. Richard Caputo
                                      United States District Judge